AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## District of Columbia

U.S. BANK NATIONAL ASSOCIATION )
)
_Plaintiff_ )  Case: 1:10-cv-00678
) Assigned To : Kennedy, Henry H.
v. ) Assign. Date : 4/30/2010
PATRIOT -BSP CITY CENTER II, LLC; PATRIOT-BSP CITY ) Description: General Civil
CENTER III, LLC; PATRIOT-BSP CITY CENTER IV, LLC )
)
_Defendant_ )

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ PATRIOT-BSP CITY CENTER II, LLC
c/o PATRIOT EQUITIES, L.P.
1200 Liberty Ridge Drive, Suite 115
Wayne, Pennsylvania 19087

A lawsuit has been filed against you.

Within 2̶1̶ 30 days after service of this summons on you (not counting the day you received it) — 6̶0̶ 30 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

M. Roy Goldberg
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW
11th Floor -East
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 4/30/2010

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons* for *(name of individual and title, if any)* <u>Patriot-BSP City Center II, LLC c/o Patriot Equities L.P.</u>
was received by me on *(date)* <u>5/3/2010</u>.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Alan Werther, V.P. of Managing Member</u>, who is designated by law to accept service of process on behalf of *(name of organization)*
<u>Patriot-BSP City Center II, LLC</u> on *(date)* <u>5/5/10 @ 10:00am</u>; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Service was completed at 1200 Liberty Ridge Drive, Suite 115, Wayne, Pennsylvania 19087.

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

I declare under penalty of perjury that this information is true.

Date: <u>5/6/10</u>

*Server's signature*

<u>Joseph Valentine , Private Process Server</u>
*Printed name and title*

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Server's address*

Additional information regarding attempted service, etc:
* Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case Filing Order, Locl Rule 7.1 Certification, Verified Complaint and Petition for Appointment of a Receiver and Exhibits 1-12