**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | : | C.A. No. 1:10-cv-00678-HHK |
| Plaintiff, | : | Hon. Henry H. Kennedy |
| v. | : | |
| PATRIOT-BSP CITY CENTER II, LLC, PATRIOT-BSP CITY CENTER III, LLC, and PATRIOT-BSP CITY CENTER IV, LLC c/o Patriot Equities, LP 1200 Liberty Ridge Drive, Suite 115 Wayne, Pennsylvania 19087, | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

THE CLERK OF COURT will please enter the appearance of Benny L. Kass, Esq. and the law firm of Kass, Mitek & Kass, PLLC as counsel for Defendants Patriot-BSP City Center II, LLC; Patriot-BSP City Center III, LLC; and Patriot-BSP City Center IV, LLC.

Respectfully submitted,

**KASS, MITEK & KASS, PLLC**

/s/ Benny L. Kass
Benny L. Kass, Esq. (D.C. Bar No. 025125)
1050 Seventeenth Street, N.W, Suite 1100
Washington, D.C. 20036-5596
(202) 659-6500
*Attorneys for Defendants Patriot-BSP City Center II, LLC, Patriot-BSP City Center III, LLC, and Patriot-BSP City Center IV, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance filed herewith was served this 20th day of May, 2010 via the Court's electronic filing system upon the following counsel:

M. Roy Goldberg, Esq.
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW
11th Floor-East
Washington, DC 20005

/s/ Benny L. Kass
Benny L. Kass, Esq.

Y:\CLIENTS\10157.100\Pleadings\Motion to Dismiss\Notice of Appearance.wpd